United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| YENIEL OLIVERA-PEREZ, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-06329 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TODD BLANCHE, *et al.*, Respondent. | § | |

## ORDER

Petitioner Yeniel Olivera-Perez filed a petition for *habeas corpus* under 28 USC §2241 on August 5, 2026. Dkt 1. The Government was ordered to show cause with a filing to establish the propriety of Petitioner's continued detention. Dkt 4. It did so and also moved for summary judgment. Dkt 6.

Pending is a motion by Petitioner to dismiss his petition without prejudice, stating that he "concedes that at this juncture he does not have a viable claim for relief" under §2241. Dkt 7.

The motion to dismiss by Petitioner Yeniel Olivera-Perez is GRANTED. Dkt 7.

This action is DISMISSED WITHOUT PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on August 31, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge